

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MICHAEL H. VARTANIAN,

              Plaintiff - Appellant,

And

YORK HING LAW,

              Plaintiff,

  v.

THE SUPERIOR COURT OF
CALIFORNIA FOR ALAMEDA
COUNTY; et al.,

              Defendants - Appellees.

No. 14-15097

D.C. No. 3:13-cv-02873-EMC

MEMORANDUM[*]

Appeal from the United States District Court
for the Northern District of California
Edward M. Chen, District Judge, Presiding

Submitted January 20, 2016[**]

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Before:    CANBY, TASHIMA, and NGUYEN, Circuit Judges.

Michael H. Vartanian appeals pro se from the district court's order dismissing him as a plaintiff. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Johns v. County of San Diego*, 114 F.3d 874, 876 (9th Cir. 1997), and we affirm.

The district court properly dismissed Vartanian as a plaintiff because, as a non-attorney, Vartanian cannot represent York Hing Law in this action. *See* 28 U.S.C. § 1654 ("In all courts of the United States the parties may plead and conduct their own cases personally or by counsel . . . ."); *C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 697 (9th Cir. 1987) ("Although a non-attorney may appear in propria persona in his own behalf, that privilege is personal to him. [The non-attorney] . . . has no authority to appear as an attorney for others than himself." (internal citation omitted)).

Since Vartanian cannot represent Law in this action, and Law did not sign the notice of appeal, we do not consider any arguments regarding the district court's dismissal of Law's claims.

We do not consider Vartanian's arguments regarding his next-of-friend status or associational standing because they were raised for the first time on

appeal.  *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009) (per curiam).

Vartanian's requests, set forth in his opening brief, are denied.

**AFFIRMED.**